# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

ANN T. WALLACE, APPELLANT, *v.* LEAH B. STORRY,
EXECUTRIX, AND OTHERS, RESPONDENTS.

*Note of married woman — when charged against her distributive share of payee's estate.*

In 1867, appellant and her husband gave their joint and several promissory note for $1,000, payable five years after date, with interest, to the defendant's testatrix, her heirs or assigns. The husband died in 1871. After the death of the testatrix, the appellant promised her executor to pay the note. *Held,* that the amount of the note was properly charged against the appellant's share as a legatee under the will of the testatrix.

On the appeal from the decree of the surrogate the will was not returned with the papers. *Held,* that in its absence every presumption was against the appellant. (*Carman* v. *Pultz,* 21 N. Y., 547; *Williamson* v. *Field,* 2 Barb. Ch., 281.)

APPEAL by Ann T. Wallace from a decree of the surrogate of Ulster county upon a final settlement of the accounts of Leah B. Storry, as executrix of the will of Blandina Storry, deceased, by which decree the appellant was charged with the amount of a note given by her husband and herself to the deceased in her lifetime.

*J. M. Cooper,* for the appellant.

*A. Schoonmaker, Jr.,* for the respondents.

Opinion by BOARDMAN, J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Decree affirmed with costs against the appellant personally.